**KEKER
VAN NEST
& PETERS**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Maria F. Buxton**
(415) 676-2207
mbuxton@keker.com

June 22, 2023

Clerk of Court
United States Court of Appeals
Eleventh Circuit
99 N.E. 4th Street
Miami, Florida 33132

Re:  *Fed. R. App. P. 28(j) Letter—Chris Ronnie v. U.S. Dep't of Labor* No. 20-14214

To the Clerk of the Court:

The Court appointed me as pro bono counsel for Appellant Chris Ronnie in the above-referenced case. At the June 20, 2023 oral argument, Judge Newsom asked me whether *Fields v. U.S. Department of Labor Administrative Review Board*, 173 F.3d 811, 813–14 (11th Cir. 1999) (per curiam), requires the Court to apply a substantial-evidence test when reviewing the ARB's decision in this case. Because neither party had cited *Fields* on this point, I have researched the issue and now confirm that *Fields* does not mandate substantial-evidence review here.

In *Fields*, this Court reviewed an Department of Labor ARB decision affirming the ALJ's recommendation to dismiss petitioners' complaints under the Energy Reorganization Act's whistleblower provision, 42 U.S.C. § 5851(1)(D) (1988). While the ALJ's recommendation was described as a "summary decision," the ALJ reached his conclusion only after holding an "evidentiary hearing" on the matter. *Fields*, 173 F.3d at 813. Because the underlying ALJ decision therefore involved findings of fact, this Court reviewed the ARB's decision for "substantial evidence." *Id*. at 813–14.

By contrast, the ALJ in this case reached a summary decision *without* holding an evidentiary hearing. *See* AR-787. A pre-evidentiary-hearing summary decision, like a summary judgment under Rule 56(e), entails no findings of fact, only legal conclusions. *See Kanj v. Viejas Band of Kumeyaay Indians*, ARB No. 06-074, 2007 WL 1266963, at *2 (ARB Apr. 27, 2007). It is therefore reviewed de novo. *Stone & Webster Constr., Inc. v. U.S. Dep't of Labor*, 684 F.3d 1127, 1132 (11th Cir. 2012).

1297503

Clerk of the Court, Court of Appeal
June 22, 2023
Page 2


Respectfully submitted,

*s/Maria Buxton*
Maria Buxton
Pro Bono Counsel for Appellant Chris Ronnie

1297503